### Jackson, ex dem. Lawyer, v. Stiles, Palmitier Tenant.

QUACKENBOS objected to the notice of motion to set aside proceedings against the casual ejector, and that the tenant might be admitted to defend, because it was subscribed " attorney for the tenant."

*Per Curiam.* There is nothing in the objection.